IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KENNETH MACKIE,<br><br>*Plaintiff*,<br>v.<br><br>ELECTROLUX MANUFACTURING COMPANY,<br><br>*Defendant*. | NO. 3:07-00027<br>JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant Electrolux Manufacturing Company's motion to dismiss (Docket Entry No. 18) is **GRANTED** and the Plaintiff Kenneth Mackie's motion to dismiss the Defendant's motion to dismiss (Docket Entry No. 20) is **DENIED**. This action is **DISMISSED with prejudice**.

Any appeal of this Order would not be in good faith as requested by U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___21st___ day of August, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge